# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND GEORGE GLASS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. TERCERO,<br><br>　　　　　Defendant. | Case No. 1:14-cv-02065-AWI- DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Document 7) |

Plaintiff Ronald George Glass ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 24, 2014.

On January 12, 2015, the Court dismissed the action because Plaintiff's removal was improper, and because Plaintiff has accrued three strikes under 28 U.S.C. § 1915(g) and did not meet the imminent danger requirement.

On January 26, 2015, the Court received a motion for the appointment of counsel. As this action is closed, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

　　Dated: **January 28, 2015**　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1